IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

      vs.                          *   CRIMINAL NO. MJG-11-0095

JOHN I. FRANKLIN, Jr., et al.        *

\*   \*   \*   \*   \*   \*   \*   \*   \*

MEMORANDUM AND ORDER RE: FRAZIER MOTIONS

The Court has before it the document entitled "Omnibus Pre-Trial Motions" [Document 94] filed pro se by Defendant Frazier. Because the motion was filed at the time that Defendant Frazier was seeking to change counsel, it was docketed. However, the Court finds that neither a response nor a hearing is necessary.

A. Dismissal of Indictment:

The motion presents a litany of apparently "stock" contentions.

As to jurisdiction, it suffices to state that there is no reference to a relevant precedent or other authority putting in question the jurisdiction of a United States District Court over federal prosecutions for crimes committed in Baltimore City, Maryland. Nor does there appear to be any substantial basis for a contention that the Indictment is defective.

1

B. Identification

The Court will, by separate Order, resolve motions directed to identifications filed by counsel for Defendants Frazier and Franklin that are, essentially, duplicative of the instant pro se motion.

C. Discovery

Government counsel has dealt with counsel for Defendant Frazier in regard to discovery. The instant motion presents no basis for the Court to find that the Government has not complied with its discovery obligations. Defendant Frazier is represented by counsel who can, if appropriate, raise any discovery issue that may warrant consideration.

For the foregoing reasons, the Omnibus Pre-Trial Motions [Document 94] filed pro se by Defendant Frazier are DENIED.

SO ORDERED, on Tuesday, December 27, 2011.

/s/
Marvin J Garbis
United States District Judge